**Fill in this information to identify the case:**

Debtor name   **SAN JUAN PROPERTIES INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **16-05397**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $   **1,860,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................   $   **1,201.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $   **1,861,201.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **2,776,062.93**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $   **24,407.86**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................   +$   **3,012,961.47**

4.   Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b   $   **5,813,432.26**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SAN JUAN PROPERTIES INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **16-05397** |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BPPR 030018900** | **CHAPTER 11 ACCOUNT-OPERATIONAL** | **8900** | **$1,200.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,200.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **UTILITY DEPOSITS**  **AAA**  **AEE** | |
|---|---|---|
| 7.1. | **TEL.** | **$1.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **SAN JUAN PROPERTIES INC** | | Case number *(If known)* | **16-05397** |
|---|---|---|---|---|
| | Name | | | |

**9.    Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$1.00

---

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■);( No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity: | % of ownership | |
| 15.1. | **NO STOCKS ISSUED** | % | $0.00 |

| | | | |
|---|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | |

**17.    Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

---

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 2

| Debtor | **SAN JUAN PROPERTIES INC** | Case number *(If known)* | **16-05397** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **COMMERCIAL PROPERTY LOCATED AT URB INDUSTRIAL TRES MONJITAS, #391 CALLE COSTAS, SAN JUAN, HATO REY, PR 00918. LOT (3,362.76) SQUARE METERS, WITH CEMENT COMMERCIAL STRUCTURE 12,000 SQ. FT.  PROPERTY TO BE SOLD WITHIN 6 MONTHS. ADEQUATE PROTECTION PAYMENTS TO BE PAID WM CAPITAL, LLC.** | OWNER | $0.00 | | $1,860,000.00 |

**56.     Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $1,860,000.00 |
|---|

**57.     Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.     Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **SAN JUAN PROPERTIES INC**                                           Case number *(If known)*   **16-05397**
         Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **SAN JUAN PROPERTIES INC** | Case number *(If known)* **16-05397** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2">█ Part 12:  Summary</td><td></td><td></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $1,860,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,201.00  + 91b. | $1,860,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,861,201.00 |

**Fill in this information to identify the case:**

Debtor name **SAN JUAN PROPERTIES INC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **16-05397**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1 CRIM**
Creditor's Name

**BANKRUPTCY DIVISION**
**PO BOX 195387**
**SAN JUAN, PR 00919-5387**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013-2016**
**Last 4 digits of account number**
**5001**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
COMMERCIAL PROPERTY URB TRES MONJITAS.

**Describe the lien**
PROERTY TAXES

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $26,338.93 | $22,250,000.00 |

---

**2.2 WM CAPITAL PARTNERS**
**53 LLC**
Creditor's Name

**885 3RD AVE**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2004**
**Last 4 digits of account number**
**0547**

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
commercial property . All due, Adeq. prot. to be pd. $1,000. Former Scotiabank

**Describe the lien**
COMMERCIAL MORTGAGE LOAN

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Amount of claim | Value of collateral |
|---|---|
| $1,148,664.00 | $1,860,000.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **SAN JUAN PROPERTIES INC** | Case number (*if know*) | **16-05397** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. WM CAPITAL PARTNERS 53 LLC**
**2. WM CAPITAL PARTNERS 53 LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **WM CAPITAL PARTNERS 53 LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**885 3RD AVE**
**New York, NY 10022**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2004**
**Last 4 digits of account number**
**6160**
**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**

**COMMERCIAL PROPERTY ; FORMER SCOTIABANK  #6160 & #6150; ALL DUE; ADEQ PROT $1000.**

**Describe the lien**
**MORTGAGE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,601,060.00 | $1,860,000.00 |
|---|---|

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,776,062.93** |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **SAN JUAN PROPERTIES INC**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known) **16-05397**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY<br>BANKRUPTCY DIVISION<br>PO BOX 9022501<br>SAN JUAN, PR 00902-2501** | $24,407.86 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2009-2011**

Last 4 digits of account number **5001**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**REAL PROPERTY TAX**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>San Juan, PR 00902-4140** | $24,407.86 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2009-2011**
Last 4 digits of account number **5001**

Basis for the claim: **SPECIAL PROPERTY TAXES (CRIM)**

Is the claim subject to offset? ■ No  ☐ Yes

|  |  | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY<br>BANKRUPTCY DIVISION<br>PO BOX 9022501<br>SAN JUAN, PR 00902-2501** | $60,799.03 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2006-2009**
Last 4 digits of account number **5442**

Basis for the claim: **income tax**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | SAN JUAN PROPERTIES INC | | Case number (if known) | 16-05397 |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,968.00 |
|---|---|---|---|

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN, PR 00936-2230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2009**

**Basis for the claim: C.C.**

Last 4 digits of account number **0027**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,237.57 |
|---|---|---|---|

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN, PR 00936-2230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2004**

**Basis for the claim: VISA 3895**

Last 4 digits of account number **0019**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703,711.00 |
|---|---|---|---|

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN, PR 00936-2230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2006**

**Basis for the claim: COMMERCIAL LOAN**

Last 4 digits of account number **7113**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,667.00 |
|---|---|---|---|

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN, PR 00936-2230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2004**

**Basis for the claim: COMMERCIAL LOAN**

Last 4 digits of account number **1394**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890,239.13 |
|---|---|---|---|

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN, PR 00936-2230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2004**

**Basis for the claim: COMMERCIAL LOAN**

Last 4 digits of account number **3278**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,552.09 |
|---|---|---|---|

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN, PR 00936-2230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2004**

**Basis for the claim: CREDIT LINE**

Last 4 digits of account number **0314**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,379.79 |
|---|---|---|---|

STATE INSURANCE FUND
PO BOX 365028
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2009-2010**

**Basis for the claim: INSURANCE**

Last 4 digits of account number **0315**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**   List Others to Be Notified About Unsecured Claims

| Debtor | **SAN JUAN PROPERTIES INC** | Case number (if known) | **16-05397** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 24,407.86 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,012,961.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,037,369.33 |

**Fill in this information to identify the case:**

Debtor name   **SAN JUAN PROPERTIES INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **16-05397**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease , STARTED JULY 1, 2016. I  RECEIVE $750. X 12 MO. & $1,500. 48 MO.  RENT FOR LEASE OF COMMERCIAL OFFICE SPACE #2-A & 2-B LOCATED AT URB INDUSTRIAL TRES MONJITAS, #391 CALLE COSTAS, SAN JUAN. WRITTEN CONTRACT, NO ARREARS. ASSUMED. 51 MO.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Dennis Seilhamer, Esq. PO BOX 3429 Ponce, PR 00732** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease , STARTED 3-31-15, I RECEIVE $975. X 9 MO. ; NOW $1,525. X 21 MO. RENEWABLE AT $1,625. X 30  MO. RENT FOR LEASE OF COMMERCIAL SPACE FOR FOOD WAGON #1-A LOCATED AT URB INDUSTRIAL TRES MONJITAS, #391 CALLE COSTAS, SAN JUAN. WRITTEN CONTRACT, NO ARREARS. ASSUMED. 44 MONTHS** | |
| State the term remaining | | |
| List the contract number of any government contract | | **EL VAGON MEXICANO II, INC 302 CALLE LABRA San Juan, PR 00908** |

| Debtor 1 | SAN JUAN PROPERTIES INC | | | Case number (*if known*) | 16-05397 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease , STARTED JULY 1, 2016,  I  RECEIVE $3,650. X 26 MO. RENEWABLE  AT $3,950. X 24 MESES & $4,350. X 24 MO.  RENT FOR LEASE OF COMMERCIAL SPACE FOR ACROBATIC GYMNASTICS   #1B. LOCATED AT URB INDUSTRIAL TRES MONJITAS, #391 CALLE COSTAS, SAN JUAN. WRITTEN CONTRACT, NO ARREARS. ASSUMED.** | |
|---|---|---|---|
| | State the term remaining | **26 MO.** | |
| | List the contract number of any government contract | | **PR RHYTHMIC GYMNASTICS ACADEMY CALLE LOS BANOS #59 San Juan, PR 00911** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **OPTION TO PURCHASE MORTGAGE DEED, MADE ON APRIL 25, 2016 WITH WM CAPITAL PARTNERS. PD. $15,000. CONTRACT EXPIRED JUNE 31, 2016.** | |
|---|---|---|---|
| | State the term remaining | **0** | |
| | List the contract number of any government contract | | **WM CAPITAL PARTNERS 53 LLC 885 3RD AVE New York, NY 10022** |

7/18/16  4:18PM

**Fill in this information to identify the case:**

Debtor name      **SAN JUAN PROPERTIES INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **16-05397**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                                                          *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Puerto Rico

| In re | **SAN JUAN PROPERTIES INC** | Case No. | **16-05397** |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:     $     **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income     $     **5,925.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **0.00** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **1,000.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **0.00** |
| 11. Utilities | | **0.00** |
| 12. Office Expenses and Supplies | | **0.00** |
| 13. Repairs and Maintenance | | **500.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **0.00** |
| 18. Insurance | | **300.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **ADEQ. PROT. PAYMENT TO WM CAPITAL #6160** | **1,000.00** |
| **ADEQ. PROT. PAYMENT TO WM CAPITAL #0547 & #0314** | **500.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

22. Total Monthly Expenses (Add items 3-21)     $     **3,300.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $     **2,625.00**

**Fill in this information to identify the case:**

Debtor name **SAN JUAN PROPERTIES INC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **16-05397**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   RENT | $15,075.00 |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   RENT | $8,775.00 |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other   N/A | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

7/18/16  4:24PM

| Debtor | **SAN JUAN PROPERTIES INC** | Case number *(if known)* | **16-05397** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **WM CAPITAL PARTNERS 53 LLC**<br>**885 3RD AVE**<br>**New York, NY 10022** | PD 4-25-16.<br>**DOWN PAYMENT FOR PURCHASE OF COMMERCIAL PROPERTY.** | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **WM CAPITAL PARTNERS, LLC VS SAN JUAN PROPERTIES, INC, ENSYSA PRODUCTS MANUFACTURING, ROLANDO, AVILA. KCD20103034** | **COLLECTION OF MONIES & FORECLOSURE PROCEEDINGS** | **SAN JUAN SUPERIOR COURT**<br>**San Juan, PR 00918** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | SAN JUAN PROPERTIES INC | Case number *(if known)* | 16-05397 |

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **EMILY D DAVILA ESQ<br>420 MIDTOWN PONCE DE LEON AVE<br>SUITE 311<br>San Juan, PR 00918** | | **7-7-2016.<br>PD. $5,000.<br>ATTORNEY'<br>S FEES &<br>$1,717.<br>EXPENSES** | **$5,000.00** |
| | Email or website address<br>davilalawe@prtc.net | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **SAN JUAN PROPERTIES INC**   Case number *(if known)* **16-05397**

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **BEATRIZ AVILA CHAMPANA<br>CALLE A-1 PASEO REAL**<br>San Juan, PR 00926 | **2007 LEXUS GX 470 TRANSFERRED TO<br>BEATRIZ AVILA CHAMPANA, NO<br>MONIES RECEIVED.  VALUE $15,000.<br>(AUTO WAS ALWAYS HERS).** | **9-14** | **$0.00** |
| | Relationship to debtor<br>**NONE** | | | |

---

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | SAN JUAN PROPERTIES INC | Case number *(if known)* | 16-05397 |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | SAN JUAN PROPERTIES INC | Case number (if known) | 16-05397 |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **OVIDIO RUIZ**<br>**PO BOX 3266**<br>**Carolina, PR 00984** | **2012-PRESENT** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
        within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **OVIDIO RUIZ**<br>**PO BOX 3266**<br>**Carolina, PR 00984** | **2015 & 2016** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
    ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **OVIDIO RUIZ**<br>**PO BOX 3266**<br>**Carolina, PR 00984** | |
| 26c.2.    **ROLANDO AVILA**<br>**PO BOX 365066**<br>**San Juan, PR 00936** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.

| Debtor | SAN JUAN PROPERTIES INC | Case number (if known) | 16-05397 |

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ROLANDO AVILA PEREZ | PO BOX 365666 San Juan, PR 00936 | PRESIDENT | 100% OWNER |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ELIZABETH  CHAMPAGNA GAGNERON | PO BOX 365666 San Juan, PR 00936 | SECRETARY | 0%. |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

| Debtor | SAN JUAN PROPERTIES INC | Case number *(if known)* | 16-05397 |
|---|---|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2016**

**/s/ ROLANDO AVILA**
Signature of individual signing on behalf of the debtor

**ROLANDO AVILA**
Printed name

Position or relationship to debtor    **PRES**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

```
SAN JUAN PROPERTIES INC
PO BOX 365066
SAN JUAN PR 00936

EMILY DARICE DAVILA  ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
SAN JUAN  PR 00918

CRIM
BANKRUPTCY DIVISION
PO BOX 195387
SAN JUAN PR 00919 5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902 4140

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN PR 00902 2501

SCOTIABANK DE PR
BANKRUPTCY DIVISION
PO BOX 362230
SAN JUAN PR 00936 2230

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN PR 00936

WM CAPITAL PARTNERS 53 LLC
885 3RD AVE
NEW YORK NY 10022
```